**John MARTIN, Petitioner-Appellant,**

v.

**STATE OF FLORIDA, Respondent-Appellee.**

No. 72-1877
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 1972.

Donald Bierman, Miami, Fla., for petitioner-appellant.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 431 F.2d 409, Part I (5th Cir. 1970).

Robert L. Shevin, Atty. Gen., Tallahassee, Fla., Nelson F. Bailey, Asst. Atty. Gen., West Palm Beach, Fla., for respondent-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Appellant's contention that his *Miranda* warnings were insufficient is completely without merit, and his petition for habeas corpus was appropriately dismissed without an evidentiary hearing.

Affirmed.